**United States Bankruptcy Court**
**District of South Dakota**

IN RE:                                                          Case No. **15-40057**

**Hepar BioScience LLC**                                        Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Morningside College** 1501 Morningside Avenue Sioux City, IA 51106 | **John Reynders** (712) 274-5000 | | | **900,000.00** |
| **Triland Foods** P.O. Box 744 Sergeant Bluff, IA 51054 | **Christa Maxey** (712) 943-7675 | | | **226,465.19** |
| **Protein Resources, Inc.** P.O. Box 66 West Bend, IA 50597 | **John Polluck** (515) 887-4811 | | | **210,965.92** |
| **Rohde Trucking, Inc.** P.O. Box 355 Homer, NE 68030 | **Bill Rohde** (712) 898-0852 | | | **173,818.97** |
| **Bunge North America** 11720 Borman Drive St. Louis, MO 63146 | **Accounts Receivable** (314) 292-2000 | | | **141,726.00** |
| **Nylen, Mary** 15551 213th Avenue Spirit Lake, IA 51360 | | | **Contingent Unliquidated Disputed** | **110,000.00** |
| **Nylen, Mark** P.O. Box 649 North Sioux City, SD 57049 | | | **Contingent Unliquidated Disputed** | **110,000.00** |
| **Interstate Mechanical Corp.** 418 Iowa Street Sioux City, IA 51101 | **Accounts Receivable** (712) 255-1645 | | | **104,145.05** |
| **Mobren Transport, Inc.** P.O. Box 158 Waunakee, WI 53597 | **Daniel Groskreutz** (608) 849-5944 | | | **77,400.00** |
| **R.W. Baird & Co.** 777 East Wisconsin Avenue Milwaukee, WI 53202 | **401K Department** (414) 765-3500 | | | **73,457.39** |
| **Dorsey & Whitney LLP** 801 Grand, Suite 4100 Des Moines, IA 50309-8002 | **Accounts Recievable** (515) 283-1000 | | | **65,642.21** |
| **Moellers North American, Inc.** 5215 52nd Street SE Grand Rapids, MI 49512 | **Accounts Receivable** (616) 942-6504 | | | **51,097.17** |
| **Endress-Hauser** P.O. Box 663674 Indianapolis, IN 46266 | **Accounts Receivable** (317) 535-7138 | | | **40,519.10** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Delperdang, Schuh & Co., P.C.**<br>**P.O. Box 627**<br>**Sioux City, IA  51102-0627** | **Larry Delperdang**<br>**(712) 255-8081** | 36,276.90 |
| **Harding & Shultz**<br>**P.O. Box 82028**<br>**Lincoln, NE  68501-2028** | **Accounts Receivable**<br>**(402) 434-3000** | 25,749.79 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **February 20, 2015**     Signature: ***/s/ Mark Nylen***

**Mark Nylen,**

(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only