## First Budget [20, February 2015- 11, March, 2015]

Income                                                      $663,980.11

Cost of Goods Sold
    5000-Materials                      $ 175,833.59
    5010-Freight                              8,156.86
    5515-Transport Services-Other           177,142.85
        Total Cost of Goods Sold                   (361,133.30)

Expenses
    5205-Salary-Plant                         27,393.88
    5215-Taxes-Payroll                         2,090.00
    5220-Health and Welfare-Plant              7,973.08
    5225-Insurance-WC-Plant                       83.33
    5235-Disposal Fee                            235.72
    5240-Insurance-General-Plant               3,581.80
    5260-Maintenance-Plant                       543.13
    5261-Rent Expense                              0.00
    5263-Rent-Equipment                          391.14
    5265-Repair-Equipment-Plant               10,000.00
    5270-Repair-Building-Plant                     0.00
    5275-Supplies-Plant                        3,333.33
    5285-Taxes-Real Estate-Plant               2,020.72
    5290-Utilities-Plant                       2,571.58
    5405-Salary Transportation                 8,270.62
    5415-Taxes-Payroll-Drivers                   630.67
    5420-Health and Welfare-Drivers            2,992.35
    5428-Insurance-Workman's Comp-Drivers        200.00
    5450-Equipment Rent                       10,772.81
    5452-Fuel                                  2,173.95
    5460-Trailers-Maintenance                    803.20
    5461-Truck and Trailer Plates                  0.00
    5480-Tractor and Trailer Expense           1,666.66
    6005-Salary-Buffalo                        2,916.86
    6015-Taxes-Payroll-Buffalo                   215.33
    6020-Health and Welfare-Buffalo              517.68
    6025-Insurance-WC-Buffalo                     54.62
    6095-Veterinary Expense                       41.87
    6096-Fuel Expense                             00.00
    6097-Buffalo Field Expense                 4,732.66
    6098-Buffalo Maint. Expense                  115.80
    7520-Commissions                           4,294.12
    7525-Sales Expense                           240.91

Exhibit A-1

| | |
|---|---:|
| 7530-Sales Expense-Meals | 541.16 |
| 7535-Travel Expense | 1,666.67 |
| 8550-Depriciation | 0.00 |
| 9005-Salary-Officers | 23,351.80 |
| 9010-Salary-Other | 13,351.76 |
| 9015-Taxes-Payroll | 1,042.67 |
| 9025-Health and Welfare-Officers | 2,820.60 |
| 9026-Health and Welfare-Other | 580.73 |
| 9028-Insurance-WC | 270.59 |
| 9030-401K Expense | 7,507.79 |
| 9035-Auto Expense | 2,785.98 |
| 9040-Consulting Expense | 4,482.16 |
| 9050-Dues and Subscriptions | 64.71 |
| 9052-Insurance-General | 0.00 |
| 9055-Misc. Expenses | 72.32 |
| 9060-Office Expenses | 3,862.34 |
| 9065-Professional Services | 8,666.67 |
| 9070-Rent-Administrative | 2,166.66 |
| 9085-Telephone | 1,873.34 |

Total Expenses                                    (175,965.77)

Net Income

$126,881.04

Exhibit A-2