## Second Budget [March 12-31, 2015]

Income                                                                $821,060.11

Cost of Goods Sold
    5000-Materials                           $175,833.59
    5010-Freight                                  8,156.86
    5515-Transport Services-Other       177,142.85

        Total Cost of Goods Sold                           (361,133.30)

Expenses
| Account | Amount |
|---|---|
| 5205-Salary-Plant | 27,393.88 |
| 5215-Taxes-Payroll | 2,090.00 |
| 5220-Health and Welfare-Plant | 7,973.08 |
| 5225-Insurance-WC-Plant | 83.33 |
| 5235-Disposal Fee | 235.72 |
| 5240-Insurance-General-Plant | 3,581.80 |
| 5260-Maintenance-Plant | 543.13 |
| 5261-Rent Expense | 0.00 |
| 5263-Rent-Equipment | 391.14 |
| 5265-Repair-Equipment-Plant | 10,000.00 |
| 5270-Repair-Building-Plant | 5,000.00 |
| 5275-Supplies-Plant | 3,333.33 |
| 5285-Taxes-Real Estate-Plant | 2,020.72 |
| 5290-Utilities-Plant | 2,571.58 |
| 5405-Salary Transportation | 8,270.62 |
| 5415-Taxes-Payroll-Drivers | 630.67 |
| 5420-Health and Welfare-Drivers | 2,992.35 |
| 5428-Insurance-Workman's Comp-Drivers | 200.00 |
| 5450-Equipment Rent | 10,772.81 |
| 5452-Fuel | 2,173.95 |
| 5460-Trailers-Maintenance | 803.20 |
| 5461-Truck and Trailer Plates | 0.00 |
| 5480-Tractor and Trailer Expense | 1,666.66 |
| 6005-Salary-Buffalo | 2,916.86 |
| 6015-Taxes-Payroll-Buffalo | 215.33 |
| 6020-Health and Welfare-Buffalo | 517.68 |
| 6025-Insurance-WC-Buffalo | 54.62 |
| 6095-Veterinary Expense | 41.87 |
| 6096-Fuel Expense | 400.00 |
| 6097-Buffalo Field Expense | 4,732.66 |
| 6098-Buffalo Maint. Expense | 115.80 |
| 7520-Commissions | 4,294.12 |
| 7525-Sales Expense | 240.91 |

Exhibit B-1

| | |
|---|---:|
| 7530-Sales Expense-Meals | 541.16 |
| 7535-Travel Expense | 1,666.67 |
| 8550-Depriciation | 0.00 |
| 9005-Salary-Officers | 23,351.80 |
| 9010-Salary-Other | 13,351.76 |
| 9015-Taxes-Payroll | 1,042.67 |
| 9025-Health and Welfare-Officers | 2,820.60 |
| 9026-Health and Welfare-Other | 580.73 |
| 9028-Insurance-WC | 270.59 |
| 9030-401K Expense | 7,507.79 |
| 9035-Auto Expense | 2,785.98 |
| 9040-Consulting Expense | 4,482.16 |
| 9050-Dues and Subscriptions | 64.71 |
| 9052-Insurance-General | 0.00 |
| 9055-Misc. Expenses | 72.32 |
| 9060-Office Expenses | 3,862.34 |
| 9065-Professional Services | 18,666.67 |
| 9070-Rent-Administrative | 2,166.66 |
| 9085-Telephone | 1,873.34 |
| | |
| Principal and Interest | 194,083.75 |
| | |
| Total Expenses | (385,449.52) |
| | |
| Net Income | $ 74,477.29 |

Exhibit B-2