# Budget [April, 2015]

| | | |
|---|---|---|
| Income | | $1,265,270.58 |

Cost of Goods Sold

| | | |
|---|---|---|
| 5000-Materials | $ 274,431.39 | |
| 5010-Freight | 12,235.29 | |
| 5515-Transport Services-Other | 274,577.74 | |
| Total Cost of Goods Sold | | |
| Expenses | | (561,244.42) |

| | |
|---|---|
| 1498 – Electrical | 47,127.40 |
| 5205-Salary-Plant | 41,090.82 |
| 5215-Taxes-Payroll | 3,135.00 |
| 5220-Health and Welfare-Plant | 10,653.60 |
| 5225-Insurance-WC-Plant | 0.00 |
| 5235-Disposal Fee | 353.58 |
| 5240-Insurance-General-Plant | 0.00 |
| 5260-Maintenance-Plant | 12,738.65 |
| 5261-Rent Expense | 0.00 |
| 5263-Rent-Equipment | 1,000.00 |
| 5265-Repair-Equipment-Plant | 19,384.19 |
| 5270-Repair-Building-Plant | 8,000.00 |
| 5275-Supplies-Plant | 5,000.00 |
| 5285-Taxes-Real Estate-Plant | 16,333.09 |
| 5290-Utilities-Plant | 3,751.00 |
| 5405-Salary Transportation | 11,858.00 |
| 5415-Taxes-Payroll-Drivers | 946.00 |
| 5420-Health and Welfare-Drivers | 4,488.53 |
| 5428-Insurance-Workman's Comp-Drivers | 0.00 |
| 5450-Equipment Rent | 16,159.22 |
| 5452-Fuel | 4,059.00 |
| 5460-Trailers-Maintenance | 2,112.00 |
| 5461-Truck and Trailer Plates | 110.00 |
| 5480-Tractor and Trailer Expense | 10,978.00 |
| 6005-Salary-Buffalo | 4,224.00 |
| 6015-Taxes-Payroll-Buffalo | 341.00 |
| 6020-Health and Welfare-Buffalo | 409.64 |
| 6025-Insurance-WC-Buffalo | 0.00 |
| 6095-Veterinary Expense | 62.81 |
| 6096-Fuel Expense | 100.00 |
| 6097-Buffalo Field Expense | 6,303.00 |
| 6098-Buffalo Maint. Expense | 173.70 |
| 7520-Commissions | 6,441.18 |
| 7525-Sales Expense | 361.37 |

Exhibit C-1

| | |
|---|---:|
| 7530-Sales Expense-Meals | 839.50 |
| 7535-Travel Expense | 2,583.40 |
| 8550-Depriciation | 0.00 |
| 9005-Salary-Officers | 35,027.70 |
| 9010-Salary-Other | 20,027.64 |
| 9015-Taxes-Payroll | 1,564.01 |
| 9025-Health and Welfare-Officers | 4,462.02 |
| 9026-Health and Welfare-Other | 871.10 |
| 9028-Insurance-WC | 0.00 |
| 9030-401K Expense | 9,218.00 |
| 9035-Auto Expense | 3,817.00 |
| 9040-Consulting Expense | 6,605.41 |
| 9050-Dues and Subscriptions | 100.00 |
| 9052-Insurance-General | 0.00 |
| 9055-Misc. Expenses | 100.00 |
| 9060-Office Expenses | 5,793.51 |
| 9065-Professional Services | 23,000.00 |
| 9070-Rent-Administrative | 3,250.00 |
| 9085-Telephone | 2,810.00 |
| | |
| NORTHWEST LOAN P&I | 194,083.75 |
| | |
| Total Expenses | (551,847.82) |
| | |
| Net Income | $152,178.34 |

Exhibit C-2