UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 15-40057 |
| | ) | Chapter 11 |
| HEPAR BIOSCIENCE LLC, | ) | |
| TAX ID#: 74-3230210, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |

    The undersigned hereby certifies that true and correct copies of Debtor's Motion for Authorization to Use Cash Collateral and Request for a Preliminary Hearing, in the above-entitled matter, were electronically transmitted, mailed by first-class mail postage prepaid, hand delivered or faxed to the parties listed on the attached mailing matrix.

    Such service as made this 20th day of February, 2015.

    GERRY & KULM ASK, PROF. LLC:


    By: /s/ Clair R. Gerry
        Clair R. Gerry
        Attorney for Debtor
        507 West 10th Street
        P.O. Box 966
        Sioux Falls, SD  57101-0966
        Telephone: (605) 336-6400
        Facsimile:  (605) 336-6842
        Email:  gerry@sgsllc.com

Label Matrix for local noticing
0869-4
Case 15-40057
District of South Dakota
Southern (Sioux Falls)
Fri Feb 20 14:30:10 CST 2015

James L. Snyder
210 Walnut Street, Room 793
Des Moines, IA 50309-2106

Clair R. Gerry
Gerry & Kulm Ask, Prof. LLC
P.O. Box 966
Sioux Falls, SD 57101-0966

End of Label Matrix
Mailable recipients   3
Bypassed recipients   0
Total                 3

Hepar BioScience LLC
PO Box 649
North Sioux City, SD 57049-0649