UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In Re:<br><br>HEPAR BIOSCIENCE LLC<br>TAX ID/EIN:  74-3230210<br><br>Debtor. | Chapter 11<br>Bankruptcy No. 15-40057<br><br>*AMENDED<br>APPOINTMENT OF COMMITTEE<br>OF UNSECURED CREDITORS<br>IN CHAPTER 11 CASE |

The U.S. Trustee for Region 12 hereby appoints the following persons or entities to the Official Committee of Unsecured Creditors in the above case:

William B. Rohde, President
Rohde Trucking, Inc.
P.O. Box 355
Homer, NE  68030
Phone:  402-698-2032
Fax:  402-698-2046
Email:  bjrbluff@msn.com

Christa L. Maxey, Manager
Triland Foods, Inc.
311 8th Street
Sergeant Bluff, IA  51054
Phone:  712-943-7675
Fax:  712-943-6776
Email:  cmaxey@trilandfoods.com

John Pollock, Owner
Protein Resources, Inc.
P.O. Box 21
Marshall, MN  56258
Phone:  507-532-2279
Email:  John.Pollock@chsinc.com

**\*David R. Knauss**, Director of Finance
Mobren Transport, Inc.
c/o Scientific Protein Laboratories, LLC
700 E. Main Street, P.O. Box 158
Waunakee, WI  53597
Phone:  608-849-1243
Fax:  608-849-4053
Email:  knaussd@splpharma.com

Tom Wagner, Executive Vice President
Mollers North America, Inc.
5215 52nd Street SE
Grand Rapids, MI  49512
Phone:  616-942-6504
Fax:  616-942-8825
Email:  t.wagner@mollersna.com

    Christa L. Maxey is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson.

    In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

|  |  |
|---|---|
|  | DANIEL M. MCDERMOTT<br>United States Trustee<br>Region 12 |
| Dated:  March 5, 2015 |  |
|  | By:  */s/ James L. Snyder*<br>James L. Snyder<br>314 S. Main Avenue, Suite 303<br>Sioux Falls, SD 57104<br>Tel:  515 / 284-4892<br>Fax: 515 / 284-4986<br>E-mail:  James.L.Snyder@usdoj.gov |