**United States Bankruptcy Court**
**District of South Dakota**

**IN RE:**                                                                          Case No. **15-40057**

**Hepar BioScience LLC**                                                            Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Mark Nylen** P.O. Box 649 North Sioux City, SD  57049-0000 | **99** | **Common Stockholder** |
| **Mary Nylen** P.O. Box 613 North Sioux City, IA  57049-0613 | **1** | **Common Stockholder** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only